IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Juan RENTERIA-ESPINOZA<br><br>Defendant. | Case No. 1:21-mj-00045-MMS<br><br>Apr 22 2021 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Marcus P. Chernecke, Drug Enforcement Administration (DEA), being duly sworn, depose and state that:

I. **BACKGROUND AND EXPERIENCE OF AFFIANT**

1. Your affiant is an investigator or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations of, and arrests for, the offenses enumerated in 18 U.S.C. § 2516, as well as 21 U.S.C § 801, *et seq*. This affidavit is in support of an application for an arrest warrant and criminal complaint, charging Jose Juan RENTERIA-ESPINOZA with a violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), Attempted Possession with the Intent to Distribute Controlled Substances.

2. This application arises out of an investigation conducted by South East Alaska Cities Against Drugs (SEACAD) and US Drug Enforcement Administration (DEA) regarding methamphetamine drug trafficking in the Juneau, Alaska area. I have personally participated in

this investigation.  Apr 22 2021

3. In summary, on April 21, 2021, the DEA and SEACAD conducted a controlled delivery of a US Priority Mail Express Parcel (Subject Parcel). The Subject Parcel was addressed to Tanya JUDSON, 6590 Switzer Village, Shooting Star, #92, Juneau, Alaska, 99801 (Target Address), and originally contained 1388 gross grams (gg) of suspected methamphetamine (meth); TruNarc revealed positive for meth. The meth was removed from the package and a controlled delivery was executed. Jose Juan RENTERIA-ESPINOZA (ESPINOZA) and Zach BOWHAY (BOWHAY) picked up the package from the Target Address and drove away while being under surveillance. The vehicle was stopped by SEACAD and both ESPINOZA and BOWHAY were placed into custody. SA Chernecke interviewed both BOWHAY and ESPINOZA. During the interview ESPINOSA admitted to purchasing three pounds of meth and having it shipped to the Target Address. ESPINOZA was subsequently arrested for 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), Possession with the intent to Distribute Controlled Substances.

4. I am a Special Agent (SA) with the DEA and have been since February of 2017. I was assigned as a Special Agent to the DEA Houston Division Office, Houston, Texas on February 6, 2017. In June 2017, I was reassigned to the DEA Spokane District Office (SDO), Spokane, Washington. In November 2020, I was reassigned to the DEA Juneau, Alaska, Post of Duty (POD) where I have continued in a position as a Special Agent. I received a Bachelor of Science degree in Work Force Education from Southern Illinois University, in May of 2012. I have been employed with the DEA since September of 2016, and I have been responsible for investigating violations of federal law including violations of the Controlled Substances Act. I am a United States "investigative or law enforcement officer" as set forth 18 U.S.C. § 2510(7),

and I am authorized by law to conduct investigations and make arrests for offenses delineated in 18 U.S.C. § 2516. Previously, I was a League City Police Officer in League City, Texas from 2012 through 2016.

5. I was trained as a DEA Special Agent at the DEA Academy in Quantico, Virginia. During a twenty-one week training, I received specialized training in the Controlled Substance Act, Title 21 United States Code, including, but not limited to, Sections 841(a)(1) and 846 Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations. I received training related to criminal organizations engaged in conspiracies to manufacture and/or possess with intent to distribute marijuana, cocaine, cocaine base, heroin, methamphetamine, and other dangerous drugs prohibited by law. I received training regarding the 4th Amendment and search and seizure law. I was also trained in Confidential Source (CS) and Source of Information (SOI) management and investigative techniques, and numerous other facets pertaining to the criminal investigation of illicit drugs.

6. During the course of my employment as a DEA Special Agent, I have participated in numerous criminal investigations and have gained knowledge and experience by working with other agents. I have participated in Federal and State search warrants involving the seizure of the aforementioned listed controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and its members. I have utilized numerous investigative techniques and resources and draw on the experience, techniques, and resources I have gained in my employment as a DEA Special Agent.

7. The facts and opinions set forth in this affidavit have been derived from my above described training and experience, my participation in and knowledge of this investigation, and


Apr 22 2021

as well as knowledge I have learned from various other federal, state and local law enforcement agencies, special agents, task force officers, state and local law enforcement officers.

8. This affidavit is submitted in support of an application for an arrest warrant and criminal complaint for Jose Juan RENTERIA-ESPINOZA (ESPINOZA). Because this affidavit is being submitted solely for establishing probable cause for application of an arrest warrant and criminal complaint, I have not included each and every fact known to him concerning this investigation. I have only set forth facts necessary to support the issuance of the requested arrest warrant and criminal complaint.

### III. PROBABLE CAUSE STATEMENT

9. On April 15, 2021, USPS Priority Mail Parcel 9505 5138 1162 1104 3482 30, (hereinafter referred to as the Subject Parcel) addressed to "Tanya Judson 6590 Glacier Hwy Lot 92 Juneau AK 99801" from "Javier Fernandez 1967 Adams Ct Calexico CA 9221." was identify as being suspicious.

10. On April 19, 2021, a Federal Search Warrant was applied for and granted by a United States Magistrate Judge for the Subject Parcel.

11. On April 20, 2021, a Federal Search Warrant was executed on the Subject Parcel by at the FBI Office in Juneau, Alaska. The Subject Parcel was found to contain approximately three pounds of crystal-like substance which field tested positive for methamphetamine.

12. As a result of the seizure on April 20, 2021, Beeper Order Number was obtained from a United States Magistrate Judge authorizing the installation and monitoring of an electronic alerting device and electronic tracking device in the Subject Parcel and recovery of these devices by entry of premises where the parcel was open.

13. Law enforcement officers removed the original narcotics and inserted a sham product into the parcel along with two tracking and monitoring devices. One monitoring device was placed so it would emit a break-tone signal upon opening of the interior box of the parcel. In addition, a GPS tracking device was placed inside of the sham packages, inside the Subject Parcel.

14. At approximately 10:55 a.m. on April 21, 2021, a Postal Inspectors delivered the subject parcel to the Target Address (6590 Glacier Hwy Lot 92 Juneau AK 99801). Surveillance teams set up around the Target Address and monitored the two electronic devices. The break-tone signal prematurely activated when it was delivered to the above identified address. Shortly thereafter, surveillance teams witnessed a silver SUV with Alaska license plate KDV686 approach the residence. A white male, later identified as Zachary BOWHAY exited the passenger seat of the SUV and approached the Target Address. The surveillance team then witnessed BOWHAY return to the SUV with the Subject Parcel in his possession. The surveillance team then witnessed the SUV exit the area. The GPS showed the Subject Parcel was located inside the SUV.

15. At approximately 11:20 a.m., officers and agents conducted a traffic stop on the SUV. The Subject Parcel was in plain view in the back seat of the SUV. BOWHAY and ESPINOZA were placed into custody.

16. USPIS SA Kevin Horne and I interviewed ESPINOZA regarding the Subject Parcel. I provided ESPINOZA his Miranda rights, which he acknowledged, waived in writing, and agreed to speak with agents. ESPINOZA in essence stated the following: ESPINOZA admitted to receiving the three pounds of methamphetamine through the mail. ESPINOZA also admitted to receiving a pound of methamphetamine in the past to a P.O. BOX at the Mendenhall Valley Post Office located in Juneau, Alaska. ESPINOZA lives at "6590 Glacier Hwy #63

 Apr 22 2021

Juneau, Alaska. ESPINOZA also admitted to using the Target Address instead of his house to receive the Subject Parcel due to his wife and kids presence. ESPINOZA also admitted to having a firearm, narcotics, and cash located at 6590 Glacier Hwy #63 Juneau, Alaska in a safe.

17. Juneau Police Department applied for and was granted a state search warrant for ESPINOZA's person. Approximately $4,000 in U.S. Currency was seized from ESPINOZA's pockets.

18. Based on the above information, I submit there is probable cause to believe ESPINOZA, beginning on or before the 21st of April 2021, in the District of Alaska and elsewhere, did violate 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), Possession with the intent to Distribute Controlled Substances, a felony drug trafficking offense.

Respectfully submitted,

*Marcus P. Chernecke*
MARCUS P. CHERNECKE
Special Agent, DEA
Juneau Post of Duty

Subscribed and sworn pursuant to
Fed.R.Crim.P. 4.1 & 41(d)(3) on: April 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE